

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00763-CV

**IN RE** Umer **KHAWAJA**

Original Proceeding[1]

PER CURIAM

Sitting:     Irene Rios, Justice
           Lori I. Valenzuela, Justice
           H. Todd McCray, Justice

Delivered and Filed: March 25, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

This court considered the petition for writ of mandamus filed by Relator Umer Khawaja on November 25, 2025. The court concludes Relator has not established entitlement to the relief sought. *See* TEX. R. APP. P. 52.8(a). Accordingly, Relator's petition for writ of mandamus is denied. Any pending motions are denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023-CI-17750, styled *Reema Khawaja et al v. Umer Khawaja et al*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.